THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| URIEL VALDOVINOS TORRES,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | NO. C10-5896BHS<br>   (CR08-5533BHS)<br><br>ORDER TO SEAL |

Having read the Government's Motion to Seal and because of sensitive information contained therein,

It is hereby ORDERED that the Government's Response to Motion to Vacate, shall remain sealed.

DATED this 17th day of February 2011.

*/s/ Benjamin H. Settle*
BENJAMIN H. SETTLE
United States District Judge

Order to Seal/
C10-586BHS (CR08-5533BHS) - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970