# United States District Court

WESTERN DISTRICT OF WASHINGTON

URIEL VALDOVINOS TORRES

v.

UNITED STATES OF AMERICA

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5896BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Torres' petition to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED**.

October 24, 2011   WILLIAM M. McCOOL
Date               Clerk

                   *s/CM Gonzalez*
                   Deputy Clerk